IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Maria T. Almidon Villanueva, | * |
| Petitioner, | * |
| | Case No. 8:26-cv-00406-PX |
| v. | * |
| Kristi Noem et al., | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, the previous opinions of this Court in *Hunil Lopez v. Bondi, et al.*, Civ. A. No. 1:26-cv-00059-PX (D. Md.) and *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026), and the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner's bond hearing currently scheduled for February 6, 2026 must be held consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d); and

3. The Petitioner shall file a status report with the Court if a bond hearing is not held by an Immigration Judge either on February 6, 2026 or within 10 days of this Order.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: February 4, 2026

/s/
The Honorable Paula Xinis
United States District Court Judge